**Fill in this information to identify the case:**

United States Bankruptcy Court for the:
MIDDLE DISTRICT OF FLORIDA

Case number *(if known)* _____   Chapter   11

☐ Check if this is an amended filing

Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy   04/25

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| **1.** | **Debtor's name** | Flamingo Septic and Utilities, LLC |
| **2.** | **All other names debtor used in the last 8 years** <br> Include any assumed names, trade names and *doing business as* names | DBA Flamingo Plumbing |
| **3.** | **Debtor's federal Employer Identification Number** (EIN) | 86-2498490 |

**4.** **Debtor's address**

| **Principal place of business** | **Mailing address, if different from principal place of business** |
|---|---|
| 10212 New Kings Rd <br> Jacksonville, FL 32219 <br> Number, Street, City, State & ZIP Code | 7889 CR 13 North <br> Saint Augustine, FL 32092 <br> P.O. Box, Number, Street, City, State & ZIP Code |
| Duval <br> County | **Location of principal assets, if different from principal place of business** <br> _____ <br> Number, Street, City, State & ZIP Code |

**5.** **Debtor's website** (URL) _____

**6.** **Type of debtor**
- ☒ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
- ☐ Partnership (excluding LLP)
- ☐ Other. Specify: _____

Debtor **Flamingo Septic and Utilities, LLC**     Case number (*if known*) _____
     Name

7. **Describe debtor's business**

   A. *Check one:*
   - ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
   - ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
   - ☐ Railroad (as defined in 11 U.S.C. § 101(44))
   - ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
   - ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
   - ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
   - ☒ None of the above

   B. *Check all that apply*
   - ☐ Tax-exempt entity (as described in 26 U.S.C. §501)
   - ☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
   - ☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

   C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.
   ____

8. **Under which chapter of the Bankruptcy Code is the debtor filing?**

   *Check one:*
   - ☐ Chapter 7
   - ☐ Chapter 9
   - ☒ Chapter 11. *Check **all** that apply*:
     - ☒ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,424,000 (amount subject to adjustment on 4/01/28 and every 3 years after that).
     - ☒ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
     - ☒ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.
     - ☐ A plan is being filed with this petition.
     - ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).
     - ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.
     - ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.
   - ☐ Chapter 12

9. **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
   If more than 2 cases, attach a separate list.

   ☒ No.
   ☐ Yes.

   District _____ When _____ Case number _____
   District _____ When _____ Case number _____

10. **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

    ☒ No
    ☐ Yes.

    List all cases. If more than 1, attach a separate list

    Debtor _____ Relationship _____
    District _____ When _____ Case number, if known _____

Debtor  Flamingo Septic and Utilities, LLC _____ Case number (*if known*) _____
      Name

| 11. | **Why is the case filed in *this district*?** | *Check all that apply:* |
|---|---|---|
| | | ☒ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district. |
| | | ☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district. |

| 12. | **Does the debtor own or have possession of any real property or personal property that needs immediate attention?** | ☒ No |
|---|---|---|
| | | ☐ Yes.  Answer below for each property that needs immediate attention. Attach additional sheets if needed. |
| | | **Why does the property need immediate attention?** (*Check all that apply.*) |
| | | ☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety. |
| | |     What is the hazard? _____ |
| | | ☐ It needs to be physically secured or protected from the weather. |
| | | ☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options). |
| | | ☐ Other _____ |
| | | **Where is the property?** _____ |
| | |     Number, Street, City, State & ZIP Code |
| | | **Is the property insured?** |
| | | ☐ No |
| | | ☐ Yes.  Insurance agency _____ |
| | |     Contact name _____ |
| | |     Phone _____ |

### Statistical and administrative information

| 13. | **Debtor's estimation of available funds** | *Check one:* |
|---|---|---|
| | | ☒ Funds will be available for distribution to unsecured creditors. |
| | | ☐ After any administrative expenses are paid, no funds will be available to unsecured creditors. |

| 14. | **Estimated number of creditors** | ☐ 1-49<br>☒ 50-99<br>☐ 100-199<br>☐ 200-999 | ☐ 1,000-5,000<br>☐ 5001-10,000<br>☐ 10,001-25,000 | ☐ 25,001-50,000<br>☐ 50,001-100,000<br>☐ More than 100,000 |
|---|---|---|---|---|

| 15. | **Estimated Assets** | ☐ $0 - $50,000<br>☐ $50,001 - $100,000<br>☐ $100,001 - $500,000<br>☐ $500,001 - $1 million | ☒ $1,000,001 - $10 million<br>☐ $10,000,001 - $50 million<br>☐ $50,000,001 - $100 million<br>☐ $100,000,001 - $500 million | ☐ $500,000,001 - $1 billion<br>☐ $1,000,000,001 - $10 billion<br>☐ $10,000,000,001 - $50 billion<br>☐ More than $50 billion |
|---|---|---|---|---|

| 16. | **Estimated liabilities** | ☐ $0 - $50,000<br>☐ $50,001 - $100,000<br>☐ $100,001 - $500,000<br>☐ $500,001 - $1 million | ☒ $1,000,001 - $10 million<br>☐ $10,000,001 - $50 million<br>☐ $50,000,001 - $100 million<br>☐ $100,000,001 - $500 million | ☐ $500,000,001 - $1 billion<br>☐ $1,000,000,001 - $10 billion<br>☐ $10,000,000,001 - $50 billion<br>☐ More than $50 billion |
|---|---|---|---|---|

Debtor  Flamingo Septic and Utilities, LLC    Case number (*if known*) _____
        Name

| | **Request for Relief, Declaration, and Signatures** |

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   November 3, 2025
              MM / DD / YYYY

**X** /s/   Charles Mullis                                    Charles Mullis
Signature of authorized representative of debtor              Printed name

Title   Manager

**18. Signature of attorney**

**X** /s/ Thomas Adam                               Date   November 3, 2025
Signature of attorney for debtor                           MM / DD / YYYY

Thomas Adam
Printed name

Adam Law Group, PA
Firm name

2258 Riverside Ave
Jacksonville, FL 32204
Number, Street, City, State & ZIP Code

Contact phone _____    Email address  tadam@adamlawgroup.com

FL
Bar number and State

Fill in this information to identify the case:

Debtor name: Flamingo Septic and Utilities, LLC
United States Bankruptcy Court for the: MIDDLE DISTRICT OF FLORIDA
Case number (if known): _____

☐ Check if this is an amended filing

# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Ally Financial<br>PO Box 8110<br>Cockeysville, MD 21030 | | 2026 Ford Super Duty F350 SRW | | $109,127.20 | $0.00 | $109,127.20 |
| Ally Financial<br>PO Box 8110<br>Cockeysville, MD 21030 | | 2024 Ford Super Duty F550 DRW | | $105,828.71 | $0.00 | $105,828.71 |
| Ally Financial<br>PO Box 8110<br>Cockeysville, MD 21030 | | 2025 Chevrolet Silverado 2500 | | $86,427.38 | $0.00 | $86,427.38 |
| Ally Financial<br>PO Box 8110<br>Cockeysville, MD 21030 | | 2019 Nissan NV 2500 | | $25,438.92 | $0.00 | $25,438.92 |
| Ally Financial<br>PO Box 8110<br>Cockeysville, MD 21030 | | 2019 Ford Crew Cab 4WD DRW 179 | | $23,815.11 | $0.00 | $23,815.11 |
| Ally Financial<br>PO Box 8110<br>Cockeysville, MD 21030 | | 2016 Ford F250 | | $23,445.01 | $0.00 | $23,445.01 |
| Ally Financial<br>PO Box 8110<br>Cockeysville, MD 21030 | | 2020 Nissan NV 1500 | | $19,009.02 | $0.00 | $19,009.02 |
| Ally Financial<br>PO Box 8110<br>Cockeysville, MD 21030 | | 2017 RAM 1500 | | $17,232.56 | $0.00 | $17,232.56 |
| American Express, N.A. | | | | | | $17,262.00 |

Debtor  Flamingo Septic and Utilities, LLC                                      Case number (if known)
        Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Beacon Funding Corporation 3400 Dundee Rd. Ste 180 Northbrook, IL 60062 | | 2025 Mack MD7 with 2500 Gallon Septic Tank and Pump | | $165,065.58 | $0.00 | $165,065.58 |
| Clear Channel Outdoor, LLC 4601 Touchton Rd. Ste 3290 Jacksonville, FL 32246 | | | | | | $14,843.75 |
| Elan Financial Service PO Box 108 Saint Louis, MO 63166 | | Credit card purchases | | | | $13,000.00 |
| Ford Motor Credit Company LLC PO BOX 30201  30201 | | Ford F-150 2025 | | $65,720.25 | $0.00 | $65,720.25 |
| Highland Hill Capital 1100 Park Central Blvd. S., Ste 1200 Pompano Beach, FL 33064 | | | | $147,000.00 | $0.00 | $147,000.00 |
| Mitsubishi HC Capital America, Inc. FL | | 2021 Ford Super Duty F-450 DRW | | $19,323.86 | $0.00 | $19,323.86 |
| Ring Power Corporation 500 World Commerce Pkwy Saint Augustine, FL 32092 | | Towmaster TC-14D Trailer | | $12,741.12 | $0.00 | $12,741.12 |
| TD Auto Finance PO Box 100295 Columbia, SC 29202 | | 2020 Ford F250 | | $51,395.74 | $0.00 | $51,395.74 |
| TD Auto Finance PO Box 100295 Columbia, SC 29202 | | 2018 Ram 2500 | | $31,736.38 | $0.00 | $31,736.38 |
| Verizon Connect Fleet USA 5055 North Point Pkwy Alpharetta, GA 30022 | | | | | | $12,821.59 |
| Vystar Credit Union PO Box 44241 Jacksonville, FL 32231 | | | | | | $32,500.00 |

# United States Bankruptcy Court
## Middle District of Florida

In re: Flamingo Septic and Utilities, LLC
Debtor(s)

Case No.
Chapter: 11

# VERIFICATION OF CREDITOR MATRIX

I, the Manager of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date: November 3, 2025

/s/ Charles Mullis
Charles Mullis / Manager
Signer/Title

Flamingo Septic and Utilities, LLC  
7889 CR 13 North  
Saint Augustine, FL 32092

Thomas  Adam  
2258 Riverside Ave  
Jacksonville, FL 32204

Ally Financial  
PO Box 8110  
Cockeysville, MD 21030

American Express, N.A.

ASSN Company  
PO Box 2576  
Springfield, IL 62708

Beacon Funding Corporation  
3400 Dundee Rd. Ste 180  
Northbrook, IL 60062

Catepillar Financial Services  
2120 West End Ave.  
Nashville, TN 37203

CFG Merchant Solutions, LLC  
180 Maiden Lane 15th Floor  
New York, NY 10038

Charles Mullis  
7889 County Road 18 North  
Saint Augustine, FL 32092

Clayton Pool  
c/o Thomas R. Farrior, Esq.  
PO Box 1531  
Tampa, FL 33601

Clear Channel Outdoor, LLC  
4601 Touchton Rd. Ste 3290  
Jacksonville, FL 32246

Driller Services, LLC  
911 NE 16th St.  
Ocala, FL 34470

E Bartley Enterprises, Inc.  
PO Box 12055  
Jacksonville, FL 32209

Elan Financial Service  
PO Box 108  
Saint Louis, MO 63166

Ford Motor Credit Company
One American Road
Dearborn, MI 48126


Ford Motor Credit Company LLC
PO BOX 30201
30201


FPL
c/o JNR Adjustment Company, Inc.
PO Box 27070
Minneapolis, MN 55427


Heather Mullis
7889 County Road 18 North
Saint Augustine, FL 32092


Highland Hill Capital
1100 Park Central Blvd. S., Ste 1200
Pompano Beach, FL 33064


James Ahaedo & Tina Ritchotte
1976 Tuskegee Rd.
Jacksonville, FL 32209


Jason Fitzpatrick & Laura Fitzpatrick
c/o St. Johns Law Group
104 Sea Grove Main St.
Saint Augustine, FL 32080


Joyce Hodges


Kalamata Capital Group, LLC
7315 Wisconsin Ave., East Tower, Ste 950
Bethesda, MD 20814


McFall Contracting, LLC
c/o Isaiah A McFall, Registed Agent
4969 Bailey Haddock Ln.
Hilliard, FL 32046


Mitsubishi HC Capital America, Inc.
FL


Ring Power Corporation
500 World Commerce Pkwy
Saint Augustine, FL 32092


TD Auto Finance
PO Box 100295
Columbia, SC 29202


TimePayment
c/o Taylor Steward
400 TradeCenter
Woburn, MA 01801

Verizon Connect Fleet USA
5055 North Point Pkwy
Alpharetta, GA 30022


Vystar Credit Union
PO Box 44241
Jacksonville, FL 32231