UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re:

FLAMINGO SEPTIC AND UTILITIES, LLC

Debtor.
_____/

Case No. 3:25-bk-04018-JAB
Chapter 11
*SubChapter V*

**DEBTOR-IN-POSSESSION'S EMERGENCY APPLICATION
TO SET MANAGER, CHARLES MULLIS AND MEMBER, HEATHER MULLIS',
COMPENSATION**

Flamingo Septic and Utilities, LLC, as Debtor and Debtor-in-Possession (the "Debtor") pursuant to pursuant to Local Rule 2081-1, requests Court authority to compensate manager, Charles Mullis and member, Heather Mullis. In support hereof, the Debtor states as follows:

**Jurisdiction**

1. This Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334.

2. This is a core proceeding pursuant to 28 U.S.C. § 157(b)(2).

3. Venue of this proceeding and this Motion in this District is proper under 28 U.S.C. §§ 1408 and 1409.

4. The statutory basis for the relief requested herein is Rule 2081-1 of the Local Rules of the Middle District of Florida Bankruptcy Court.

**Relief Requested**

5. By this Application, the Debtor seeks entry of an Order granting the following relief, without limitations:

   a. Authorizing the Debtor to compensate manager, Charles Mullis, $2,500 gross pay per week;

    b. Authorizing the Debtor to compensate member, Heather Mullis, $2,500 gross pay per week;

    c. Authorizing the Debtor to pay 100% of the health insurance premium for Heather and Charles Mullis of approximately;

    d. Any other relief deemed appropriate by the Court.

## Background

6. On November 3, 2025, Debtor filed a Voluntary Petition under Chapter 11, *SubChapter V* in the United States Bankruptcy Court, Middle District of Florida, Jacksonville Division.

7. The Debtor continues to operate the business as debtor-in-possession pursuant to Bankruptcy Code §§ 1107 and 1108. No trustee, examiner, or official committee has been appointed in this case.

8. By this Motion, the Debtor is requesting authority to compensate Charles Mullis as Manager and Heather Mullis as Member.

9. Mr. Mullis' duties include, but are not limited to, managing the septic division of the Debtor, running the day-to-day operations of the business, purchasing and accounts receivables, managing work crews, marketing, fleet and equipment management, maintenance, and logistics.

10. Mr. Mullis works an average of 40+ hours a week.

11. Mr. Mullis is requesting compensation of $2,500.00 gross pay per week. The appropriate taxes will be withheld and paid to the governmental agencies as required by law.

12. In addition, Mr. Mullis is requesting the Debtor pay 100% of the health insurance premium from its group health insurance plan for the benefit of himself, his wife, and child in the approximate monthly premium of $1,800/month.

13. In the past 12 months, Mr. Mullis has received the total compensation from the Debtor of $3,000.00/week, plus the $1,800/month health insurance premium paid on his behalf.

14. Mrs. Mullis' duties include, but are not limited to, management of the site division of the Debtor, HR and employee affairs, job estimates and bidding, professional liaison with engineering and contractors, company administration, and other tasks.

15. Mrs. Mullis is requesting compensation of $2,500.00 gross pay per week. The appropriate taxes will be withheld and paid to the governmental agencies as required by law.

16. It is contemplated that Mr. Mullis and Mrs. Mullis will be paid from revenues generated from business operations of the Debtor and to the extent that funds are available.

17. The retention of Mr. Mullis and Mrs. Mullis is an integral part of the operation of the Debtor and our continued services are necessary for a successful reorganization. It would cost the company substantially more to find replacements.

18. For these reasons, Debtor believes that the relief sought in the Compensation Motion should be granted.

**CERTIFICATE OF NECESSITY AND REQUEST FOR EMERGENCY HEARING**

19. The Debtor requests that the Court hold an emergency hearing on the Debtor-in-Possession's Emergency Application to Set Manager, Charles Mullis and Member, Heather Mullis' compensation to avoid immediate and irreparable harm to the estate.

20. The undersigned attorney certifies that this request is being made in good faith and is based solely upon the factual circumstances existing at the time of the filing of the motion.

WHEREFORE, the Debtor respectfully requests that the Court enter an order granting the relief requested herein, and granting such other and further relief as the Court deems appropriate.

Respectfully submitted this 5th day of November, 2025

/s/ Thomas C. Adam
Thomas C. Adam
Florida Bar No. 648711
2258 Riverside Avenue
Jacksonville, Florida 32204
(904) 329-7249 Telephone
(904) 606-1245 Facsimile
bk@adamlawgroup.com
*Counsel to Debtor*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a copy of the ***Emergency Application to Set Manager, Charles Mullis and Member, Heather Mullis' Compensation*** has been served by electronic transmission upon all parties having entered an appearance in this case via the Court's CM/ECF system this 5th day of November, 2025 and via first class U.S. mail, postage prepaid on the following parties on the attached mailing matrix.

/s/ Thomas C. Adam
Thomas C. Adam