UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION
www.flmb.uscourts.gov

In re:

FLAMINGO SEPTICAND UTILITIES, LLC

Case No. 3:25-bk-04018-JAB
Chapter 11

Debtor.
_____/

## NOTICE OF FILING BALANCE SHEET

**PLEASE TAKE NOTICE** that Debtor, FLAMINGO SEPTIC AND UTILITIES, LLC, by and through the undersigned counsel, gives notice of filing its most recent Balance Sheet pursuant to 11 U.S.C. § 1116 of the United States Bankruptcy Code, on this 12th day of November, 2025.

/s/ *Thomas C. Adam*
Thomas C. Adam
Florida Bar No. 648711
ADAM LAW GROUP, P.A.
2258 Riverside Avenue
Jacksonville, FL 32204
(904) 329-7249 Phone
(904) 606-1245 Facsimile
bk@adamlawgroup.com

## PROOF OF SERVICE

A true and correct copy of the foregoing ***Notice of Filing Balance Sheet*** has been sent by electronic transmission to all parties having entered an appearance in this case via the Court's CMECF system on this 12th day of November, 2025.

/s/ Thomas C. Adam
Thomas C. Adam

**Balance Sheet**

# Balance Sheet

As of September 30, 2025

|  | Total |
|---|---:|
| **ASSETS** | |
|   **Current Assets** | |
|     **Bank Accounts** | |
|       11700 FSU Purchase 6611 | 4,459 |
|       11800 Barwick 5835 | 1 |
|       11810 Petty Cash | 28,173 |
|     **Total Bank Accounts** | **32,633** |
|     **Accounts Receivable** | |
|       Accounts Receivable (A/R) | 473,237 |
|     **Total Accounts Receivable** | **473,237** |
|     **Other Current Assets** | |
|       13100 Retainage Receivable | 89,040 |
|       13200 Undeposited funds | 66,423 |
|       14300 Loans to others | 3,750 |
|       14310 Due from Flamingo Home Services LLC | 247,284 |
|     **Total Other Current Assets** | **406,497** |
|   **Total Current Assets** | **912,366** |
|   **Fixed Assets** | |
|     15200 Buildings | 49,054 |
|     15400 Tools, machinery, and equipment | 726,642 |
|     15510 Office equipment | 122,487 |
|     15600 Vehicles | 1,118,840 |
|     15810 Trailer | 48,788 |
|     16100 Accumulated depreciation | (1,133,513) |
|   **Total Fixed Assets** | **932,297** |
|   **Other Assets** | |
|     17000 Loan Closing Costs | 201,182 |
|   **Total Other Assets** | **201,182** |
|   **TOTAL ASSETS** | **$2,045,844** |
| **LIABILITIES AND EQUITY** | |
|   **Liabilities** | |
|     **Current Liabilities** | |
|       **Accounts Payable** | |
|         Accounts Payable (A/P) | 546,901 |
|       **Total Accounts Payable** | **546,901** |
|       **Credit Cards** | |
|         20010 American Express 1008 | 28,328 |
|         22000 Ameris Line of Credit 4822 | 7,481 |
|       **Total Credit Cards** | **35,808** |
|       **Other Current Liabilities** | |

|  | Total |
|---|---:|
| 22100 Short Term Bank Financing | 60,225 |
| 22410 Retainage Payable | 28,760 |
| 22480 Kalamata Funding | 45,595 |
| 22490 CFG Merchant Solutions | 378,000 |
| 22500 Highland Hill Loan | 100,100 |
| 22600 Payroll Liabilities | 10,868 |
| **Total Other Current Liabilities** | **623,548** |
| **Total Current Liabilities** | **1,206,257** |
| Long-Term Liabilities |  |
| 22495 CallFlamingo - Due to Christian | 294,000 |
| 24000 NP - Equipment Loans | 651,345 |
| 24200 NP - Vehicle Loans | 538,665 |
| **Total Long-Term Liabilities** | **1,484,010** |
| **Total Liabilities** | **2,690,267** |
| Equity |  |
| 32500 Partner Capital | (838,767) |
| Net Income | 194,345 |
| **Total Equity** | **(644,422)** |
| **TOTAL LIABILITIES AND EQUITY** | **$2,045,844** |