UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION
www.flmb.uscourts.gov

In re:

FLAMINGO SEPTIC AND UTILITIES, LLC

          Debtor.

_____/

Case No. 3:25-bk-04018-JAB
Chapter 11
*SubChapter V*

### NOTICE OF FILING PROFIT AND LOSS STATEMENT FOR THE PERIOD OF JANUARY 1, 2025 THROUGH SEPTEMBER 30, 2025

**PLEASE TAKE NOTICE** that Debtor, FLAMINGO SEPTIC AND UTILITIES, LLC, by and through the undersigned counsel, submits the attached Profit and Loss Statement for the Period of January 1, 2025 through September 30, 2025.

Dated this 12th day of November, 2025.

/s/ *Thomas C. Adam*
Thomas C. Adam
Florida Bar No. 648711
ADAM LAW GROUP, P.A.
2258 Riverside Avenue
Jacksonville, FL 32204
(904) 329-7249 Phone
(904) 606-1245 Facsimile
bk@adamlawgroup.com

### PROOF OF SERVICE

A true and correct copy of the foregoing *Profit and Loss Statement for the Period of January 1, 2025 through September 30, 2025* has been sent by electronic transmission to all parties having entered an appearance in this case via the Court's CMECF system on this 12th day of November, 2025.

/s/ *Thomas C. Adam*
Thomas C. Adam

2

**Profit and Loss Statement**

# Profit and Loss

January - September, 2025

|  | Total |
|---|---:|
| **INCOME** | |
| 40000 Service Revenue | 4,128,451 |
| 40012 Site & Utilities | 1,955,516 |
| **Total Income** | **6,083,967** |
| **COST OF GOODS SOLD** | |
| 50200 Materials | 2,451,045 |
| 50400 Labor | 1,895,226 |
| 50510 Permits & Fees | 94,775 |
| 50550 Leased Equipment | 17,302 |
| 50700 Vehicle expenses | 291,046 |
| **Total Cost of Goods Sold** | **4,749,394** |
| **GROSS PROFIT** | **1,334,573** |
| **EXPENSES** | |
| 60000 Advertising & Marketing | 141,469 |
| 62100 Bank fees & service charges | 21,243 |
| 62200 Insurance | 237,604 |
| 62300 Building & property rent | 25,252 |
| 62310 Equipment rental | 31,349 |
| 62320 Repairs & maintenance | 57,243 |
| 62400 Utilities | 11,327 |
| 63000 Office expenses | 178,397 |
| 63080 Continuing education | 1,105 |
| 63100 Memberships & subscriptions | 1,487 |
| 64000 Legal & Professional Fees | 131,577 |
| 64060 Commissions & fees | 491 |
| 64070 QuickBooks payments fees | 3,206 |
| 64100 Property taxes | 399 |
| 64110 Business licences | 24,586 |
| 64130 Permit Fees | 161,564 |
| 64410 Reimbursed Expenses | 2,000 |
| 65000 Meals | 4,092 |
| 65310 Travel | 2,900 |
| **Total Expenses** | **1,037,291** |
| **NET OPERATING INCOME** | **297,282** |
| **OTHER INCOME** | |
| 70420 Credit card rewards | 70 |
| 70450 Gain (Loss) on Sale of Asset | 39,291 |
| **Total Other Income** | **39,361** |
| **OTHER EXPENSES** | |
| 62130 Interest Expense | 58,902 |
| 64800 Leased Vehicles - Intercompany (Home) | 83,396 |

|  | Total |
|---|---|
| Total Other Expenses | 142,298 |
| NET OTHER INCOME | (102,937) |
| NET INCOME | $194,345 |