**ORDERED.**

Dated:  December 01, 2025

_____
Jacob A. Brown
Chief United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re:

FLAMINGO SEPTIC AND
UTILITIES, LLC

        Debtor.
_____/

Case No. 3:25-bk-04018-BAJ
Chapter 11
*Subchapter V*

### INTERIM ORDER APPROVING DEBTOR-IN-POSSESSION'S EMERGENCY MOTION TO SET MEMBER COMPENSATION

THIS CASE came before the Court on November 12, 2025 at 2:30pm on the Debtor-in-Possession's Emergency Motion to Set Member Compensation (Doc. No. 5) (the "Motion"). Upon consideration of the Motion and record from the hearing, it is:

**ORDERED:**

1. The Motion is conditionally approved on an interim basis on the terms set forth in this Order through the date of the continued hearing on the Motion.

2. Subject to the terms of this Order, the Debtor-in-Possession may pay its Officer, Charles J. Mullis, compensation of $2,500.00 gross pay weekly and compensate the Officer, Heather Mullis, compensation of $2,500.00 gross pay weekly.  The appropriate taxes will be withheld and paid to the governmental agencies as required by law.

3. In addition, the Debtor is authorized to pay 100% of the health insurance premium from its group health insurance plan for the benefit of Mr. and Mrs. Mullis and their minor child, in the approximate monthly premium of $1,800/month.

4. The compensation awarded in this Order shall not accrue as an administrative expense if not paid and shall only be paid if all of the Debtor-in-Possession's post-petition obligations and all taxes and administrative expenses are timely and fully paid and sufficient funds remain available.

5. This authorization shall continue until a further hearing on the Motion, to be conducted on December 16, 2025 at 11:00am at Bryan Simpson United States Courthouse, in Courtroom 4C, 300 North Hogan Street, 4th Floor, Jacksonville, FL 32202.

###

Attorney Thomas C. Adam is directed to serve a copy of this order on interested parties who are non-CM/ECF users and file a proof of service within 3 days of entry of the order.